■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDI RIVAS, Appellant. [704 NYS2d 825] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 19, 1999 (People v Rivas, 260 AD2d 583), affirming two judgments of the County Court, Suffolk County, rendered September 23, 1994, and June 22, 1995, respectively.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Santucci, J. P., Sullivan, S. Miller and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GAIL A. ROBERSON, Appellant. [703 NYS2d 751] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered August 28, 1998, convicting her of forgery in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Ritter, J. P., Sullivan, S. Miller, Luciano and H. Miller, JJ., concur.